No. 00–368. KISSI v. SMALL BUSINESS ADMINISTRATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–371. LEBLANC v. SALEM. C. A. 1st Cir. Certiorari denied.

No. 00–372. LAL v. GOUERT. Super. Ct. Pa. Certiorari denied.

No. 00–380. BURNS v. ADA S. MCKINLEY COMMUNITY SERVICE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–413. YATES v. GOBER, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–420. SAMPSON v. YELLOW CAB CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–424. SIMPSON v. COLUMBUS SOUTHERN POWER CO. C. A. 6th Cir. Certiorari denied.

No. 00–430. FORD MOTOR CO. ET AL. v. KING, ADMINISTRATOR OF THE ESTATE OF KING, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–431. KINROSS COPPER CORP. v. OREGON. Ct. App. Ore. Certiorari denied.

No. 00–437. KEITH, AS REPRESENTATIVE PLAINTIFF FOR KEITH ET UX. v. RIZZUTO. C. A. 10th Cir. Certiorari denied.

No. 00–450. CHUN HUA MUI ET AL. v. UNION OF NEEDLETRADES, INDUSTRIAL AND TEXTILE EMPLOYEES, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–460. FOWLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–465. MURRAY v. GREYHOUND LINES, INC. (GLI). C. A. 11th Cir. Certiorari denied.